HAROLD H. WAHL, Appellant, v. JACOB BARTIKOFSKY et al., Respondents.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendants for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

FIRST NATIONAL BANK OF WATERLOO, Appellant, v. KENNETH J. MORRIS, Defendant, and ANTHONY J. ARCIERI, Doing Business as ARCIERI MOTOR SALES, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant Arcieri for no cause of action in an action in conversion.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

CLAYTON F. WILLIAMS, Respondent, v. ROY E. PRATT, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for breach of warranty of survey, negligence in making the survey, and misrepresentation.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

PHILLIP SANGUEDOLCE, an Infant, by FRED A. SANGUEDOLCE, His Guardian ad Litem, Appellant, v. GENESEE RIVER LAND DEVELOPMENT CORPORATION, Respondent.— Order reversed on the law and facts, with costs, and verdict of the jury reinstated. Memorandum: We think the evidence in this case presented only issues of fact and we do not find the verdict of the jury to be against the weight of evidence. All concur, except Taylor, P. J., and Wheeler, J., who dissent and vote for affirmance. (Appeal from an order setting aside the verdict of a jury in favor of plaintiff and granting a new trial in a negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

FRED A. SANGUEDOLCE, Appellant, v. GENESEE RIVER LAND DEVELOPMENT CORPORATION, Respondent.— Same decision and like cause of action as in companion case *Sanguedolce* v. *Genesee Riv. Land Development Corp.* (*ante,* p. 1007, decided herewith). Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.